IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01860-MSK-KLM

SUMMER R. COLBY, and
JAMES R. COLBY,

    Plaintiffs,

v.

DISTRICT COURT OF FREMONT COUNTY,
MICHAEL HERRICK, Brand Inspector,
COLORADO BRANDING COMMISSION, and
COLORADO DEPARTMENT OF AGRICULTURE,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiffs' **Motion for Permissive Joinder of Defendant, County Court of Fremont County Pursuant to F.R.C.P. Rule 19/20** [#12] and on Plaintiffs' **Motion for Permissive Joinder of: Governor John Hickenlooper, The Governor's Office of Legal Counsel; The State of Colorado; and State Court Administrator Pursuant to F.R.C.P. Rule 19/20** [#17] (collectively, the "Motions"). Plaintiffs have failed to comply with D.C.COLO.LCivR 7.1(a), which provides as follows:

> Before filing a motion, counsel for the moving party or an unrepresented party shall confer or make reasonable good faith efforts to confer with any opposing counsel or unrepresented party to resolve any disputed matter. The moving party shall describe in the motion, or in a certificate attached to the motion, the specific efforts to fulfill this duty.

The Motions may be denied on this basis alone. Accordingly,

    IT IS HEREBY **ORDERED** that the Motions [#12, #17] are **DENIED without prejudice**.

    Dated: September 12, 2014