IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-01860-MSK-KLM

SUMMER COLBY; and
JAMES R. COLBY,

       Plaintiffs,

v.

MICHAEL HERRICK;
CHRIS WHITNEY, as Commissioner of the Brand Inspection Division; and
COUNTY & DISTRICT COURT OF FREMONT COUNTY, and
THE HONORABLE NORMAN COOLING.,

       Defendants.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a) the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #75**) filed on March 7, 2016, adopting the recommendation issued by the Magistrate Judge (**Doc. #70**) and Granting the Motion to Dismiss (**Doc. #60**), it is

ORDERED that:

The Recommendation of Magistrate Judge Mix (**Doc. #70**) is **ADOPTED** in accordance with (**Doc. #75**). The claims are DISMISSED.

The case will be closed.

Dated this 8th day March, 2016.

                                          ENTERED FOR THE COURT:
                                          JEFFREY P. COLWELL, CLERK

<u>s/Patricia Glover</u>
Deputy Clerk